**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **DANNY TREY CROSSLAND #785923** | **CASE NO.  2:25-CV-01425 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **HEATHER PATTERSON ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## <u>MEMORANDUM ORDER</u>

Before the court is a Report and Recommendation [doc. 7] from the Magistrate Judge, recommending that this matter be dismissed as time-barred under the applicable Louisiana prescriptive period. In his objections, plaintiff contends that some amount of time between the complained-of actions in October 2023 and the filing of this suit in September 2025 was tolled due to his attempts to exhaust administrative remedies. Doc. 10. Under Louisiana law, a prisoner's pursuit of mandatory administrative remedies tolls the prescriptive period applicable to his civil rights claim. *Harris v. Hegmann*, 198 F.3d 153, 157 (5th Cir. 1999). The complaint indicates that plaintiff filed an ARP with the Vernon Parish Sheriff's Office but never received a response. Doc. 1, p. 2. Accordingly, **IT IS ORDERED** that the Report and Recommendation be **DENIED** and that the matter be **REFERRED** to the Magistrate Judge for further review of plaintiff's equitable tolling allegations.

**THUS DONE AND SIGNED** in Chambers on the 12th day of March, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**